BRIDGET S. SALZMAN

VERSUS

MATHERNE'S SUPERMARKET AT
RIVERLANDS, L.L.C. & STATE FARM
FIRE & CASUALTY COMPANY

NO. 22-CA-404

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

July 13, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and John J. Molaison, Jr.

**REHEARING DENIED WITH REASONS**

**FHW**

**JGG**

**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

BRIDGET S. SALZMAN                          NO. 22-CA-404
VERSUS
MATHERNE'S SUPERMARKET AT                   FIFTH CIRCUIT
RIVERLANDS, L.L.C. & STATE FARM
FIRE & CASUALTY COMPANY                     COURT OF APPEAL

                                            STATE OF LOUISIANA


**REHEARING DENIED**


Upon review, we find that all of the arguments made in appellees' application for rehearing either are without merit or were fully addressed in our opinion rendered on June 22, 2023. In rendering our opinion, we stated the question on review to be simply whether Ms. Salzman presented sufficient evidence to establish the existence of a genuine issue of material fact as to whether Matherne's Supermarket "created" the condition that caused Ms. Salzman's alleged injuries as contemplated under La. R.S. 9:2800.6(B)(2).

Consistent with the approach taken by the Louisiana Third and Fourth Circuit Courts of Appeal in *Savoie v. Sw. La. Hosp. Ass'n*, 03-982 (La. App. 3 Cir. 2/25/04), 866 So.2d 1078, and *Davis v. Cheema*, 03-982 (La. App. 4 Cir. 5/22/16), 171 So.3d 984, respectively, and the United States Fifth Circuit Court of Appeals in *Deshotel v. Wal-mart La., L.L.C.*, 850 F.3d 742 (5th Cir. 2017), we opined that a plaintiff may prove that a merchant-defendant "created" an unreasonably dangerous condition in one of two ways: either by proving that the merchant itself directly created the condition or by proving that the merchant was responsible for maintaining the area where the hazardous condition manifested.

In our opinion, we found only that, considering the specific factual circumstances in the case before us, the evidence is sufficient to establish the existence of a genuine issue of material fact as to whether the merchant-defendant created the condition that caused Ms. Salzman's fall. In our opinion, we stated, "As the court in *Deshotel* stated, our holding 'only permit[s] a jury to find [Matherne's Supermarket] create the hazard; we make no such finding ourselves.'" We further found that "[c]onsidering there is evidence sufficient to establish a genuine issue of material fact exists relating to whether Matherne's Supermarket created the injury-causing condition in this case, we find summary judgment at this stage of the proceedings is inappropriate." This application for rehearing is accordingly denied.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **07/13/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-CA-404**

### E-NOTIFIED

40th District Court (Clerk)
Honorable J. Sterling Snowdy (District Judge)
Delaney P. Shea (Appellant)          William E. Mura, Jr. (Appellant)          Leonard M. D'Angelo (Appellee)

### MAILED

Warren A. Forstall, Jr. (Appellant)          Troy G. Broussard (Appellant)
Attorney at Law                              Attorney at Law
320 North Carrollton Avenue                  701 Papworth Avenue
Suite 200                                    Suite 210
New Orleans, LA 70119                         Metairie, LA 70005